UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA           :

      v.                           :    NOTICE OF INTENT
                                                                         TO FILE AN INFORMATION

RAZVAN LUCA,                       :

            Defendant.           :    **07 CRIM. 879**

------------------------------------x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         August 24, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney

                    By:  _____
                          Jenna M. Dabbs
                          Assistant United States Attorney

                  AGREED AND CONSENTED TO:

                    By:  _____
                          Zamir Iosepovici, Esq.
                          Attorney for Razvan Luca

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

8/27/07 WHEEL A