JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :

      v.                         :     **WAIVER OF INDICTMENT**

RAZVAN LUCA,                     :     07 Cr. 879

      Defendant.                 :

- - - - - - - - - - - - - - - - X

      The above-named defendant, who is accused of violating Title 8, United States Code, Section 1325(c), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 14 2007

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
       September 14, 2007

0202