UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

RAZVAN LUCA,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 CRIM. 879

INFORMATION

07 Cr.

COUNT ONE

The United States Attorney charges:

In or about December 2003, in the Southern District of New York and elsewhere, RAZVAN LUCA, the defendant, unlawfully, willfully and knowingly did enter into a marriage for the purpose of evading the immigration laws, to wit, LUCA entered into a sham marriage with a United States citizen and thereafter sought to use that marriage as a qualifying basis for lawful permanent resident status.

(Title 8, United States Code, Section 1325(c).)

MICHAEL J. GARCIA
United States Attorney





September 14, 2007       U.S.A. v. RAZVAN LUCA       07 Cr. _____ (JSR)

**Waiver of Indictment and Information filed.**
Deft present with atty Zamir Iosepovici, Ausa Jenna Dabbs and Court Reporter Michelle Buckley.
Deft entered a plea of guilty. PSI ordered. Sentencing set for June 16, 2008 at 4:00 p.m.
The deft ROR

RAKOFF, J.